UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:15–cv–02146–BRO–E          Date:   5/6/2015

Title:   OPERATING ENGINEERS LOCAL 501 SECURITY FUND ET AL V. ESSEX BUNKER HILL, LP

Present: The Honorable  Beverly Reid O'Connell , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
          None Appearing                              None Appearing

Proceedings:      **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 4/24/2015, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 5/5/2015.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: rfi